# EXHIBIT 1

# EVOLUTION FITNESS

*First: Ryan
*Last: Rodman
*Sex: M
*DOB: 6/5/79
*DL#: R35572079160

*Current home or mailing address: 518 Clarence
*Apt #:
*City: Oak Park
*State: IL
*Zip: 60304
*Home Phone: 847-686-7151

Employer: Walker Wilcox Matousek LLP
Occupation: Lawyer
Work Phone: 312-244-6705
Cell Number:

*In case of emergency call: Emily Rodman
Relationship: Wife
Work or contact number: 224-622-0714

*E-Mail Address: rrodman@wwmlawyers.com — We will not sale/share your address—Used for in house communication purposes only.

1. Today's Date: 7/10/10
2. Membership Type: 21 months
3. Down Amount: $40.00
4. Processing fee $: 9.00
5. Total Advance Amount $: 40
   Monthly Payment Amount: $21.00
6. Date membership begins: 7/10/10
7. Initial Length of Membership: 21 months

## CLUB AGREEMENT/WAIVER

In recognition of the possible dangers connected with any physical activity, member(s)/client(s) hereby acknowledge and voluntarily waive any right of cause of action, of any kind whatsoever, arising as the result of such activity from which any liability may or could accrue to Evolution Fitness, its owners, agents or instructor/trainers. I am participating in the exercise classes, personal training and fitness programs offered by EVOLUTION FITNESS'S during which I will receive information and instruction about movement, exercise and health. I understand that it is my responsibility to consult with a physician prior to and regarding my participation in those exercise classes, personal training and fitness programs. I represent and warrant that I am physically fit and I have no physical, mental, medical nor emotional condition, which would prevent my full participation in these exercise classes, personal training, fitness programs and for the use of the facilities. In consideration of being permitted to participate in exercise classes, personal training and fitness programs, I agree to assume full responsibility for any risks, injuries or damages, known or unknown, which I might incur as a result of participating in the program or the use of the facilities. Member agrees for himself/herself, and on behalf of Member's heirs and estate to each of the following. Club will not be liable for any injury and/or death, relating to, arising out of, or in connection with, Member's use of the Club's facilities, services, equipment or premises, whether related to exercise or not. Member further acknowledges that EVOLUTION release Club from any and all negligence of the Club, its agents, employees or anyone acting on Club's behalf. This waiver and release of all liability includes, without limitation, injuries which may occur as a result of (a) your use of any premises or facility, or its improper maintenance; (b) your use of any exercise equipment which may malfunction or break; (c) Club's improper maintenance of any exercise equipment or premises; (d) Club's LACK OF STAFFING, negligent instruction or supervision; (e) Club's negligent hiring or negligent retention of any employee; (f) loss of consortium; (g) your slipping and falling while in any club or on the surrounding premises; or (h) first aid/emergency treatment or any other services which are negligently rendered or failed to be rendered by Club or its employees, emergency personnel or good samaritans, or Club's negligently preventing a good samaritan from rendering first aid. Member further acknowledges that Club does not manufacture fitness or other equipment, but purchases and/or leases equipment from manufacturers or distributors. Member understands and acknowledges that Club is providing recreational or health related services, and will not be held liable for an alleged defective product Member acknowledges they are joining a 24hr key club and there are certain times when the club is not staffed/monitored. It is the member's responsibility to follow the contained procedure and adhere to the rules associated, which includes familiarizing exits and carrying personal alarm chains/tags provided it is also the members responsibility to prevent, not participate and report tailgating (allow entry without swipe). In further consideration of being permitted to participate in exercise classes, personal training and fitness programs, I knowingly, voluntarily and expressly waive any claim I may have against EVOLUTION FITNESS'S, its owners, agents and employees, for injury or damages that I may sustain as a result of participation in any EVOLUTION FITNESS'S programs or the use of the facilities. It is specifically understood that EVOLUTION FITNESS'S, its owners, agents and employees shall not be responsible or liable to those who use the facilities of EVOLUTION FITNESS'S or their guests for articles of personal property lost or stolen in the facilities nor damages to their automobiles and contents thereof. I, my heirs or legal representatives forever release, waive, discharge and covenant not to sue EVOLUTION FITNESS'S for any injury or death caused by their negligence or other acts. For any membership or package Evolution Fitness does not guarantee the same instructor/trainer for each class session, however, requests will be accommodated whenever possible. The time slot of each class session will be based on an instructor/trainer's availability and must be booked in advance at the front desk. Substitute instructors/trainers may be given at the discretion of the management. Be aware any classes or personal training sessions not paid, scheduled and or logged to customer account with front desk staff management will not be recognized or honored by Evolution Fitness. Also, your membership is not with a specific location but with Evolution Fitness. All Memberships are subject to an annual maintenance fee of $25 billed annually (initial ___) on or shortly following Jan. 1st to the account on file. Month2Month memberships are cancelable with a 30 day notice & $0 cancellation fee with the exception of automatic tailgating cancellations which hold a $175 fee. Term, pre-paid and Special/Sale Offer Memberships are non-cancelable and non-refundable agreements. Your pre-term memberships automatically renew at end of term into month to month agreements. Should you decide to cancel before renewal or any unforeseen reason, you agree to give Evolution Fitness and its billing affiliate a 45-day written notice and pay a $99.00 termination fee to initiate the notice. Memberships and class sessions may not be frozen nor are not transferable, redeemable or good with any promotional offer. Monies paid for memberships, personal training and class sessions are not refundable. Private Training sessions must be prepaid prior to appointments and must be canceled 24 hours in advance to avoid a session charge. Exercise class packages and personal training packages do have time period limitations, and must be used within prescribed time periods set by Evolution Fitness management. Client/member agrees to follow Evolution Fitness's rules as promulgated from time to time. Violation of these rules may be the cause for cancellation of sessions or membership. We reserve the right to refuse service to anyone.

I have read and understand the contractual terms of this application agreement. Evolution Fitness's staff has been made available to explain all policy and obligations and I am satisfied with, and agree to all the conditions.

Buyer's signature: [signature]    Initial here: RR    check over back ___    [signature]    Seller's signature

I HEREBY AUTHORIZE Evolution Fitness and/or its billing affiliate to withdraw payment for my automatic monthly enrollment authorized special charges and Annual Membership fee by drafting my bank account or my credit card. I ___ agree to ___ I also understand that authorization will continue automatically until will remain in effect until Evolution Fitness and its billing affiliate has received from me a 45 day written notice and termination fee (if applicable). All chargebacks are thoroughly investigated and may add you to a blacklist with our processor which will complicate future purchases. Denying a purchase that you have made is illegal and will result in an investigation which can lead to heavy fines or other legal action toward you. Your credit rating can be affected by false claims of fraud. If you have any questions or concerns, please contact us to clarify the matter.

Banking #: _____ Credit Card/Checking Account #: _____ Exp. Date: _____

Buyer's signature: _____

**Congratulations! Thank You for Joining The Evolution Fitness Family**