# EXHIBIT 2

*Affiliated Acceptance Corporation*
*P. O. Box 790001*
*Sunrise Beach, MO 65079-9001*

**ADDRESS SERVICE REQUESTED**
**\*\*IMPORTANT INFORMATION ENCLOSED\*\***

RYAN RODMAN
750 ELM ST
GLEN ELLYN IL 60137-3960

# Affiliated Acceptance Corporation

| | |
|---|---|
| (573) 374-9970 | Post Office Box 790001 |
| (800) 233-8483 | Sunrise Beach, Missouri |
| (573) 374-9972 (Fax) | USA 65079-9001 |

Customer Service Hours: 8:00 am to 9:00 pm Mon. – Thur.
Central Time            8:00 am to 5:00 pm Friday
Customer Service Web Site: www.profinserv.com

| Statement Date: | 24 DEC 2015 |
|---|---|

| YOUR AAC ACCOUNT #: | 4546-96-1545 |
|---|---|

Agreement with:

**EF BODYWORKS**

## Statement of Account

Dear RYAN RODMAN:

Scheduled Payment Amount: $21.99           Balance Due from Previous Statement: $0.00

### Previous Transactions

| Transaction Date | Tran Code | Payment Amount | Late Fee Paid | Return Fee Paid | Net Amount | Current Amount Due | Description |
|---|---|---|---|---|---|---|---|
| 07-10-15 | E | $21.99 | $0.00 | $0.00 | $21.99 | | EFT |
| 08-10-15 | E | $21.99 | $0.00 | $0.00 | $21.99 | | EFT |
| 09-10-15 | E | $21.99 | $0.00 | $0.00 | $21.99 | | EFT |
| 10-10-15 | E | $21.99 | $0.00 | $0.00 | $21.99 | | EFT |
| 11-10-15 | E | $21.99 | $0.00 | $0.00 | $21.99 | | EFT |
| 12-10-15 | E | $21.99 | $0.00 | $0.00 | $21.99 | $0.00 | EFT |

Please contact AAC to bring your account current. Call toll free 1-800-233-8483 and ask for Customer Service. Requests for one-time payments will take 48 to 72 hours to post on the account.

Once payment is received, the above account will be closed.

"The following notice is given in accordance to Federal requirements"
This communication is from a debt collector. This is an attempt to collect a debt and all information obtained will be used for that purpose. Access your account online at: www.profinserv.com. Contact AAC at: customerservice@profinserv.com.

Date Due:    10 JAN 2016

| Scheduled Payment | Amount 1-30 Days Late | Amount 30-60 Days Late | Amount Over 60 Days Late | Amount Currently Due |
|---|---|---|---|---|
| $21.99 | $0.00 | $0.00 | $0.00 | $21.99 |

(Clip along dotted line and return with your payment.)

Make payments payable to:                           Customer Service:
Affiliated Acceptance Corporation                   1-800-233-8483
P. O. Box 790001, Sunrise Beach, MO 65079-9001

| | | | |
|---|---|---|---|
| RE: | EF BODYWORKS | | |
| NAME: | RYAN RODMAN | | |
| ACCOUNT: | 4546-96-1545 | | |
| RECEIVED BY: | 10 JAN 2016 | $21.99 | DUE |
| AFTER: | 20 JAN 2016 | $26.99 | DUE |

RETURN COUPON WITH YOUR PAYMENT