# EXHIBIT 3

*Affiliated Acceptance Corporation*
*P. O. Box 790001*
*Sunrise Beach, MO 65079-9001*

**ADDRESS SERVICE REQUESTED**
**\*\*IMPORTANT INFORMATION ENCLOSED\*\***

# Affiliated Acceptance Corporation

(573) 374-9970    Post Office Box 790001
(800) 233-8483    Sunrise Beach, Missouri
(573) 374-9972 (Fax)    USA 65079-9001

Customer Service Hours: 8:00 am to 9:00 pm Mon. – Thur.
Central Time           8:00 am to 5:00 pm Friday
Customer Service Web Site: www.profinserv.com

**Statement Date:** 21 DEC 2015

RYAN RODMAN
518 CLARENCE AVE
OAK PARK IL 60304-1302

**YOUR AAC ACCOUNT #:** 4546-58-0432

Agreement with:
**EF BODYWORKS**

## Statement of Account

Dear RYAN RODMAN:

Scheduled Payment Amount: $17.50                Balance Due from Previous Statement: $0.00

### Previous Transactions

| Transaction Date | Tran Code | Payment Amount | Late Fee Paid | Return Fee Paid | Net Amount | Current Amount Due | Description |
|---|---|---|---|---|---|---|---|
| 01-01-13 | E | $17.50 | $0.00 | $0.00 | $17.50 |  | EFT |
| 07-01-13 | E | $17.50 | $0.00 | $0.00 | $17.50 |  | EFT |
| 01-01-14 | E | $17.50 | $0.00 | $0.00 | $17.50 |  | EFT |
| 07-01-14 | E | $17.50 | $0.00 | $0.00 | $17.50 |  | EFT |
| 01-01-15 | E | $17.50 | $0.00 | $0.00 | $17.50 |  | EFT |
| 07-01-15 | E | $17.50 | $0.00 | $0.00 | $17.50 | $0.00 | EFT |

Please contact AAC to bring your account current. Call toll free 1-800-233-8483 and ask for Customer Service. Requests for one-time payments will take 48 to 72 hours to post on the account.

Once payment is received, the above account will be closed.

**"The following notice is given in accordance to Federal requirements"**
This communication is from a debt collector. This is an attempt to collect a debt and all information obtained will be used for that purpose.
Access your account online at: www.profinserv.com. Contact AAC at: customerservice@profinserv.com.

Date Due:    01 JAN 2016

| Scheduled Payment | Amount 30 Days Late | Amount 30-60 Days Late | Amount Over 60 Days Later | Amount Currently Due |
|---|---|---|---|---|
| $17.50 | $0.00 | $0.00 | $0.00 | $17.50 |

(Clip along dotted line and return with your payment.)

Make payments payable to:                Customer Service:
Affiliated Acceptance Corporation          1-800-233-8483
P. O. Box 790001, Sunrise Beach, MO 65079-9001

RE:         EF BODYWORKS
NAME:       RYAN RODMAN
ACCOUNT:    4546-58-0432
RECEIVED BY: 01 JAN 2016    $17.50    DUE
AFTER:       11 JAN 2016    $22.50    DUE

RETURN COUPON WITH YOUR PAYMENT