# EXHIBIT 4

**Ryan J. Rodman**
750 Elm Street
Glen Ellyn, IL 60137

---

January 8, 2016

Ryan J. Rodman
Tel: 312-244-6705
Fax: 312.244.6800
rrodman@wwmlawyers.com

Evolution Fitness
Owner/Manager
711 Madison Street
Oak Park, IL 60302

Re: Ryan Rodman – Notice of Litigation

Dear Sir or Madam:

On November 21, 2015, I appeared at Evolution Fitness, returned my key fob in an envelope marked cancellation, and formally cancelled my membership. Evolution Fitness' employee contemporaneously recorded the cancellation, including the basis for my cancellation.[1]

Evolution Fitness, through its processing agent, Affiliated Acceptance Corporation ("AAC"), however, refused to accept the cancellation because the cancellation was not in writing and not sent to AAC. Evolution Fitness/AAC further advised that I was required to make a monthly payment for January 2016 as well as a semi-annual maintenance fee or be subject to debt collection.

Leaving aside the complete disregard of customer service towards a customer of over five years, Evolution Fitness's position is in violation of Illinois and federal law. Every contract for physical fitness services in Illinois is governed by the Illinois Physical Fitness Services Act (hereinafter, the "Act"). *See* 815 ILCS 645/4; *Wendorf v. Landers*, 755 F. Supp. 2d 972, 977 (N.D. Ill. 2010). Any contract which does not comply with the Act "shall be void and unenforceable." 815 ILCS 645/9(c). Moreover, any customer injured by a violation of the Act may bring an action for recovery of damages, and "[j]udgment may be entered for 3 times the amount at which actual damages are assessed, plus costs and reasonable attorneys' fees." 815 ILCS 645/11.

Before addressing the apparent terms of the contract, I note that the font of the contract at issue is exceptionally small, illegible in certain areas and contained within a jumbled paragraph without any coherent form or defined terms.[2] It is therefore likely to be deemed procedurally

---

[1] These detailed were confirmed by Fitness Evolution's regional manager.
[2] This is not merely a product of photocopying, but appeared substantially in this form when presented.

unconscionable as a matter of law. *See Kinkel v. Cingular Wireless, LLC,* 223 Ill.2d 1, 22, 857 N.E.2d 250 (2006) ("Procedural unconscionability refers to a situation where a term is so difficult to find, read, or understand that the plaintiff cannot fairly be said to have been aware he was agreeing to it."); *Frank's Maintenance & Engineering, Inc. v. C.A. Roberts Co.,* 86 Ill.App.3d 980, 989-90, 408 N.E.2d 403 (1980).

But what is clear is that the contract fails to provide statutory required notice regarding cancellation and refund pursuant to the Act. *See* 815 ILCS 645/6. Additionally, there is no address in the contract identified as to where Evolution Fitness, and its processing agent, are to receive written notice. Indeed, nowhere in the contract is Affiliated Acceptance Corporation's name referenced, and the Act only requires written notice, where demanded, to the facility specified in the contract. *Id.* Thus, Evolution Fitness' position is in violation of the Act (and thus void) and substantively unconscionable and commercially unreasonable as a matter of common law. *See e.g., Dubey v. Public Storage, Inc.,* 918 N.E.2d 265 (1st Dist. 2009).

Moreover, any request for written notice was waived by Evolution Fitness through its acceptance of cancellation on November 21 and through its website, which explains as follows:

> Hey, we're nice enough to let you leave when you want (no commitments, no rules about having to move to Canada to be far enough away to cancel). But, we do ask for 30-days' notice so we have time to process your request. And, best yet, no certified mail or notarized anything, just call 800.233.8483. We will start the 30-days' notice from the day you give it to us.

Notably, when the phone number is called, the representative will not accept oral cancellation. Instead, signed written notice to ACC is demanded before cancellation will be honored. There is no justification for such gamesmanship, and it is a violation of the Act.

Furthermore, the common law is clear that written notice is not required[3] even if there is a lawful and clear provision as to how written notice was to be perfected because Evolution Fitness had undisputed actual notice. *West American Ins. Co. v. Yorkville National Bank,* 238 Ill.2d 177 (2010) (Illinois Supreme Court reversing appellate court's ruling that written notice was required where contract party had actual notice). As courts have explained, where a party has been placed on actual notice, further written notice requires the notifying party to "jump through meaningless hoops towards an absurd end" and injects a degree of gamesmanship into the process. *Federated Mut. Ins. Co. v. State Farm Mut. Auto. Ins. Co.,* 282 Ill.App.3d 716 (2nd Dist. 1996). Indeed, the primary purpose of a written notice provision is to avoid a "he said, she said" situation. Cleary,

---

[3] The note of "cancellation" on the envelope containing the key fobs, however, is sufficient written notice.

there is no dispute that notice was given, as Evolution Fitness recorded the cancellation on November 21.

Evolution Fitness also appears to have violated several other provisions of the Act. Pursuant to Section 5 of the Act, every contract for physical fitness services shall set forth the customer's total payment obligation for services to be received pursuant to the contract. 815 ILCS 645/5. From what is legible, the contract is a 21 month membership effective as of July 10, 2010 with monthly dues of $21. Pursuant to the terms, after termination of the 21 month period, the membership becomes a month-to-month agreement, with no express wording or instructions as to cancellation following transition from the 21 month membership. Thus, the contract terminated at the latest on December 10, 2015, and not further payments could be demanded. Remarkably, though, Evolution Fitness continues to demand a January monthly fee and maintenance fee.

Evolution Fitness is perhaps supporting its position through the EFT language, which states that automatic billing will continue until "Evolution Fitness and it billing associate has received . . . a 45 day written notice and termination fee if applicable." The EFT language, though, is not contained within the executed Club Agreement, but rather below it, and cannot abrogate the terms of the agreement that the contract became month-to-month. And again, the Act itself deems the contract null and void for non-compliance and the provision is invalid under common law.

More troubling, the contract clearly states that it is subject to an **annual** maintenance fee of $21. Yet Evolution Fitness has been debiting $17.50 every six months from my account. A term contract that lapses into a month-to-month contract is governed by the same terms of the original contract. *A.O. Smith Corporation v. Kaufman Grain Co.*, 231 Ill.App.3d 390, 399, 596 N.E.2d 1156 (3rd Dist. 1992). Moreover, pursuant to the Act, Evolution Fitness is required to identify all payment obligations in the contract and cannot add obligations not identified without the execution of a new agreement. 815 ILCS 645/5.

Thus, absent an amendment to the contract signed by both parties, Evolution Fitness appears to have repeatedly overcharged me in violation of the Act. Moreover, the monthly charge to my account should have remained $21.00, not $21.99, per the month-to-month provision and the Act. Any charges, without authorization, under the Act are a serious violation of other federal and state consumer protection laws, including the the Illinois Consumer Fraud and Deceptive Business Practices Act, and the Electronic Funds Transfer Act. *Wendorf v. Landers*, 755 F. Supp. 2d 972, 977 (N.D. Ill. 2010); *See O'Brien v. Landers*, 2011 WL 221865 (N.D. Ill. Jan. 24, 2011). Violations of these laws come with significant penalties, including attorneys' fees and trebled damages.

Notably, to avoid further escalation, I previously attempted to explain these violations to Evolution Fitness and AAC, but Evolution Fitness and AAC remained defiant. Therefore, I am assigning this matter to class counsel, who will file a lawsuit on behalf of me and a class, which includes all club members similarly affected. I will pursue all attorneys' fees and damages on behalf of the class, likely be excess of $100,000. I am also providing notice to the Illinois Attorney General, which has the authority to enforce the Act pursuant to the Consumer Fraud and Deceptive Business Practices Act. 815 ILCS 645/12.

Should you wish to discuss this matter, you may contact me within the next seven (7) days through legal counsel. Please note that I will only speak with your legal counsel, as it does not appear any of the representatives I have spoken with remotely understand the seriousness of the matters at issue. Please note that ACC has been copied hereto as Evolution Fitness has disclaimed all responsibility for billing and collection practices and instead directed me to ACC for a resolution.

Sincerely,

Ryan J. Rodman, Esq.


CC: AAC

# EVOLUTION FITNESS

| | | | | |
|---|---|---|---|---|
| Ryan | Rodman | M | 6/5/79 | R35572079160 |
| *First | *Last | *Sex | *DOB | *DL# |

| | | | | |
|---|---|---|---|---|
| 518 Clarence | | Oak Park | IL | 60301 | 847-636-1151 |
| *Current home or mailing address | *Apt # | City | *State | Zip | *Home Phone |

| | | |
|---|---|---|
| Walker Wilcox Matousek LLP | Lawyer | 312-244-6705 |
| Employer | Occupation | Work Phone |

| | | |
|---|---|---|
| Emily Rodman | Wife | 224-622-0714 |
| *In case of emergency call | Relationship | Work or contact number |

rrodman@wwmlawyers.com
*E-Mail Address: We will not sale/share your address—Used for in house communication purposes only.

1. Today's Date: 7/10/10   2. Membership Type: 21 months   3. Down Amount: $40.00
4. Processing fee $ 9.00   5. Total Advance Amount $ 40.   Monthly Payment Amount: $21.00
6. Date membership begins 7/10/10   7. Initial Length of Membership: 21 months

## CLUB AGREEMENT/WAIVER

In recognition of the possible dangers connected with any physical activity, member(s)/client(s) hereby acknowledge and voluntarily waive any right of cause of action, of any kind whatsoever, arising as the result of such activity from which any liability may or could accrue to Evolution Fitness, its owners, agents or instructor/trainers. I am participating in the exercise classes, personal training and fitness programs offered by EVOLUTION FITNESS'S during which I will receive information and instruction about movement, exercise and health. I understand that it is my responsibility to consult with a physician prior to and regarding my participation in these exercise classes, personal training and fitness programs. I represent and warrant that I am physically fit and I have no physical, mental, medical nor emotional condition, which would prevent my full participation in these exercise classes, personal training, fitness programs and for the use of the facilities. In consideration of being permitted to participate in exercise classes, personal training and fitness programs, I agree to assume full responsibility for any risks, injuries or damages, known or unknown, which I might incur as a result of participating in the program or the use of the facilities. Member agrees to bind himself/herself, and on behalf of Member's heirs and estate to each of the following. Club will not be liable for any injury and/or death, relating to, arising out of, or in connection with, Member's use of the Club's facilities, services, equipment or premises, whether related to exercise or not. Member further agrees to waive and release Club from any and all negligence of the Club, its agents, employees or anyone acting on Club's behalf. This waiver and release of all liability includes, without limitation, injuries which may occur as a result of (a) your use of any premises or facility, or its improper maintenance; (b) your use of any exercise equipment which may malfunction or break; (c) Club's improper maintenance of any exercise equipment or premises; (d) Club's LACK OF STAFFING, negligent instruction or supervision; (e) Club's negligent hiring or negligent retention of any employee; (f) loss of consortium; (g) your slipping and falling while in any club or on the surrounding premises; or (h) first aid, emergency treatment or any other services which are negligently rendered or failed to be rendered by Club or its employees, emergency personnel or good samaritans, or Club's negligently preventing a good samaritan from rendering first aid. Member further acknowledges that Club does not manufacture fitness or other equipment, but purchases and or leases equipment from manufacturers or distributors. Member understands and acknowledges that Club is providing recreational or health related services, and will not be held liable for an alleged defective product. Member acknowledges they are joining a 24hr key club and there are certain times when the club is not staffed unmanned. It is the member's responsibility to follow the unmanned procedure and adhere to the rules associated, which includes familiarizing exits and carrying personal alert chains/tags provided it is also the members responsibility to prevent, not participate and report tailgating (allow entry without swipe). In further consideration of being permitted to participate in exercise classes, personal training and fitness programs, I knowingly, voluntarily and expressly waive any claim I may have against EVOLUTION FITNESS'S, its owners, agents and employees, for injury or damages that I may sustain as a result of participation in any EVOLUTION FITNESS'S programs or the use of the facilities. It is specifically understood that EVOLUTION FITNESS'S, its owners, agents and employees shall not be responsible or liable to those who use the facilities of EVOLUTION FITNESS'S or their guests for articles of personal property lost or stolen in the facilities nor damages to their automobiles and contents thereof. I, my heirs or legal representatives forever release, waive discharge and covenant not to sue EVOLUTION FITNESS'S for any injury or death caused by their negligence or other acts. For any membership or package Evolution Fitness does not guarantee the same instructor/trainer for each class session, however, requests will be accommodated whenever possible. The time slot of each class session will be based on an instructor trainer's availability and must be booked in advance at the front desk. Substitute instructors/trainers may be given at the discretion of the management. Be aware any classes or personal training sessions not paid, scheduled and or logged to customer account with front desk staff management will not be recognized or honored by Evolution Fitness. Also, your membership is not with a specific location but with Evolution Fitness. All Memberships are subject to an annual maintenance fee of $21 billed annually (initial _____) on or shortly following Jan. 1st to the account on file. Month2month memberships are cancellable with a 30 day notice & $0 cancellation fee with the exception of automatic tailgating cancellations which held a $175 fee (_____). Term, pre-paid and Special/Sale Offer Memberships are non-cancellable and non-refundable agreements. Your plus term memberships automatically renew at end of term into month to month agreements. Should you decide to cancel before renewal for any unforeseen reason, you agree to give Evolution Fitness and its billing affiliate a 45-day written notice and pay a $99.00 termination fee to initiate the notice. Memberships and class sessions may not be frozen are non-transferable, redeemable or good with any promotional offer. Monies used for memberships, private training and class sessions are non-refundable. Private Training sessions must be prepaid prior to appointments and must be canceled 24 hours in advance to avoid a session charge. Exercise class packages and personal training packages do have time period limitations, and must be used within prescribed time periods set by Evolution Fitness management. Client or member agrees to follow Evolution Fitness's rules as promulgated from time to time. Violation of these rules may be the cause for cancellation of sessions or membership. We reserve the right to refuse service to anyone.

I have read and understand the contractual terms of this application agreement. Evolution Fitness's staff has been made available to explain all policy and obligations and I am satisfied with, and agree to all the conditions.

_[signatures]_   RR   _check over page_   Accept _____   _[signature]_

I HEREBY AUTHORIZE Evolution Fitness and/or its billing affiliate to charge my payment for any and all monthly enrollment authorized special charges and Annual Membership fee by debiting my bank account or to my credit card. I _[signature]_ further understand that authorization will continue automatically and will remain in effect until Evolution Fitness and its billing affiliate has received from me a 45 day written notice and termination fee (if applicable). All chargebacks are thoroughly investigated and may add you to a blacklist with our processor which will complicate future purchases. Denying a purchase that you have made is illegal and will result in an investigation which can lead to heavy fines or other legal action toward you. Your credit rating can be affected by false claims of fraud. If you have any questions or concerns, please contact us to clarify the matter.

Routing # _____   Credit card/Checking Account # _____   Exp. Date _____

R. Rodman _____

## Congratulations! Thank You for Joining The Evolution Fitness Family